# 1140

PRZYTULA, Appellant, v. EMPIRE STATE DEGREE OF HONOR, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Szczepan Przytula, as executor, etc., against the Empire State Degree of Honor. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 146 App. Div. 899, 133 N. Y. Supp. 1141.

PURITAN PURE FOOD CO. et al. v. STOLLWERCK BROS., Inc., et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Puritan Pure Food Company and others against Stollwerck Bros., Incorporated, and others. E. H. Wilson, of New York City, for appellants. N. Lyon, of New York City, for respondents Puritan Pure Food Co. and others, and C. A. Baker, of New York City, for respondent Stollwerck. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 156 App. Div. 903, 141 N. Y. Supp. 1143.

QUARANTIELLO, Appellant, v. N E W YORK, L. E. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by John Quarantiello against the New York, Lake Erie & Western Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

R. A. CORROON & CO., Respondent, v. SAX, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by R. A. Corroon & Co. against Max Sax. J. G. Wells, of New York City, for appellant. L. B. Williams, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RADLEY, Respondent, v. LERAY PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Rachel May Radley, as executrix, etc., against the Leray Paper Company.

PER CURIAM. Judgment and order affirmed with costs. See, also, 156 App. Div. 429, 141 N. Y. Supp. 1061.

FOOTE, J., dissents.

RAFTERY, Appellant, v. CARTER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by George A. Raftery against John B. Carter and others. H. M. Hitchings, of New York City, for appellant. B. Tolles, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re RANDALL'S WILL. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) In the matter of the proving of the last will and testament of George Randall, deceased. No opinion. Decree (77 Misc. Rep. 41, 137 N. Y. Supp. 319) affirmed, with costs.

RANGER, Respondent, v. LOCKE, Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by John H. Ranger against Charles E. Locke. N. Blank, of New York City, for appellant. H. C. Burnstine, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 903, 141 N. Y. Supp. 1143.

RANO, Respondent, v. GENERAL ELEC-TRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Michael Rano against the General Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

RASHKOFF v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Hyman Rashkoff against the Erie Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 142 N. Y. Supp. 1141.

RATH, Respondent, v. McNAUGHT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Arthur A. Rath against Roy H. McNaught and another.

PER CURIAM. As the affidavits for the remedy by arrest made a prima facie case of actionable fraud, without reference to the proceedings in the suit of Eastmond v. McNaught, the order denying the motion to vacate the order of arrest is affirmed, with $10 costs and disbursements, to abide the event. Reargument denied. 143 N. Y. Supp. 1140.

RATH, Respondent, v. McNAUGHT, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Arthur A. Rath against Roy H. McNaught and another. No opinion. Motion for reargument (of 143 N. Y. Supp. 1140) denied, with $10 costs.

RECTOR, WARDENS AND VESTRYMEN OF CHURCH OF MESSIAH, Appellant, v. WASHBURN et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by the Rector, Wardens, and Vestrymen of the Church of the Messiah against John Washburn and another, as executors, etc., of John W. Stewart, late of the town of Moreau, Saratoga county, N. Y., deceased. No opinion. Order affirmed, with $10 costs and disbursements.

REES et al., Appellants, v. UNITED STATES OXYGEN CO., Respondent, et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by William A. Rees and others against the United

States Oxygen Company, impleaded with others. M. E. Joffe, of New York City, for appellants. A. S. Bacon, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and the collection of the judgment enjoined, as stated in opinion. Opinion per curiam. Settle order on notice.

REID, Respondent, v. PLAUT, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Bertha W. Reid against Albert Plaut. E. C. Sherwood, of New York City, for appellant. H. S. Dottenheim, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

REIGLE, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Foster L. Reigle against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

REILLY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by Matthew Reilly against Alice Josephine Early.
PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on authority of Hayes v. Brooklyn Heights Railroad Co., 200 N. Y. 183, 93 N. E. 469. Reargument denied. 143 N. Y. Supp. 1141.
JENKS, P. J., and STAPLETON, J., dissent.

REILLY, Respondent, v. EARLY, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Matthew Reilly against Alice Josephine Early. No opinion. Motion for reargument (of 143 N. Y. Supp. 1141) denied, with $10 costs.

REILLY, Appellant, v. FRIAS et al., Respondents. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Hugh J. Reilly against Jose A. Frias and others. W. T. Jerome, of New York City, for appellant. R. Stout, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

REYNOLDS, Appellant, v. NEW YORK TRANSP. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Kate Reynolds against the New York Transportation Company. F. X. McDonough, of New York City, for appellant. F. H. Gerrodette, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

REYNOLDS, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Elmer Reynolds, as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

RICH, Respondent, v. MEURER, Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Max Rich against Jacob Meurer, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
RICH, J., not voting.

RICH, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Paul J. Rich against Alvina M. Thompson. No opinion. Motion granted and appeal dismissed, with costs.

RICHARDSON, Respondent, v. LAWYERS' TITLE INS. & TRUST CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by John J. Richardson, as administrator, etc., against the Lawyers' Title Insurance & Trust Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROHR v. LINCH. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by William H. Rohr against George W. Linch. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 45, 137 N. Y. Supp. 752.

ROSENBLATT v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by William Rosenblatt against the New York Central & Hudson River Railroad Company. No opinion. Application denied, with $10 costs. Order signed.

ROSENFIELD et al., Appellants, v. JOSEPHSON, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Harry Rosenfield and others against Charles Josephson. S. J. Loeb, of New York City, for appellants. I. J. Kresel, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSENTHAL v. RUBIN. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Samuel B. Rosenthal against Edward Rubin. No opinion. Motion granted, with $10 costs. Order filed. See, also, 148 App. Div. 44, 132 N. Y. Supp. 1053.

ROWE, Respondent, v. CHARLES H. DITSON CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Mildred Rowe against the Charles H. Ditson Company. No opinion. Order (140 N. Y. Supp. 929) reversed, without costs, and motion granted, with costs to abide event of the action.